

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00778-CR

The **STATE** of Texas,
Appellant

v.

Vivian **LAMPKIN**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 601339
Honorable Yolanda T. Huff, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's October 15, 2019 order granting Vivian Lampkin's motion for speedy trial is REVERSED, and this cause is REMANDED to the trial court for further proceedings.

SIGNED June 23, 2021.

Liza A. Rodriguez, Justice